PROB 12B
(7/93)

# UNITED STATES DISTRICT COURT

FILED

APR 2 9 2009

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

for

**WESTERN DISTRICT OF TEXAS**

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Michael Anthony Rios (aliases: Michael Rios, Mike Rios, Mike A. Rios)        Case Number: SA06CR429( )OLG

Name of Sentencing Judicial Officer: Honorable Orlando L. Garcia, United States District Judge

Date of Original Sentence: February 15, 2007

Original Offense: Uttering Counterfeit Obligations; Aiding & Abetting; in violation of 18 U.S.C. §§ 472 & 2

Original Sentence: Three years probation; $5600 restitution

Type of Supervision: Probation            Date Supervision Commenced: February 15, 2007

### PETITIONING THE COURT

☐ To extend the term of supervision _____ years, for a total term of _____ years.
☒ To modify the conditions of supervision as follows:

"The defendant shall pay at least $50 monthly toward the restitution beginning in May 2009. This court-ordered imposed payment schedule shall not prevent statutorily authorized collection efforts by the U.S. Attorney. The defendant shall cooperate fully with the U. S. Attorney and U.S. Probation Officer to make payment in full as soon as possible."

PROB 12B
(7/93)

## CAUSE

Mr. Rios is under the supervision of the Northern District of Texas, Arlington Division. In this case, a payment plan was never ordered by the Court. The joint and several balance is $3959.53. Based on a recent financial assessment conducted by U.S. Probation Officer Kathleen Lamour, a payment plan of $50 per month is recommended. A waiver is attached.

Mr. Rios is married (common-law) to codefendant Debra Ann Castillo. He is employed as a truck driver for his father's company. Probation expires on February 14, 2010.

Approved:

Jacqueline C. Duffner
Supervising U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 244

MEH

cc:  Victor A. Casillas
     Assistant Deputy Chief Probation Officer

Respectfully submitted,

Mark Hewett
Senior U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 316
Date: April 23, 2009

---

THE COURT ORDERS:

☐ No action.

☐ The extension of supervision as noted above.

☑ The modification of conditions as noted above.

☐ Other

Orlando L. Garcia
U.S. District Judge

4.29.09

Date

PROB 49
(3/89)

# United States District Court
## Western District of Texas

### Waiver of Hearing to Modify Conditions
### of Probation or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation or to the proposed extension of my term of supervision:

The defendant shall pay at least $50.00 monthly toward the special assessment and fine beginning in May 2009. This court-ordered imposed payment schedule shall not prevent statutorily authorized collection efforts by the U.S. Attorney. The defendant shall cooperate fully with the U. S. Attorney and U.S. Probation Officer to make payment in full as soon as possible.

Witness: _____
Kathleen Lamour
U.S. Probation Officer

Signed: _____
Michael Anthony Rios
Probationer

4 6 0 9
_____
Date