PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT FILED

for

JAN 0 9 2012

WESTERN DISTRICT OF TEXAS

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

## Report on Offender Under Supervision

Name of Offender:  Michael Anthony Rios     Case Number:  SA06CR429(1)OG

Name of Sentencing Judicial Officer:  Honorable Orlando Garcia, United States District Judge

Date of Original Sentence:  February 15, 2007

Original Offense:  Uttering Counterfeit Obligations Aiding and Abetting, in violation of 18 U.S.C. §§ 472 and 2.

Original Sentence:  3 years probation, $100 special assessment and $5,600.00 in restitution.

Type of Supervision:  Probation     Date Supervision Commenced:  February 15, 2007

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **The defendant shall pay $5,600.00 through the Clerk, U.S. District Court, for distribution to the payee(s). Payment of this sum shall begin immediately. The defendant is jointly and severally liable for this restitution with codefendants Debra Ann Castillo and Richard Flores. No further payment shall be required after the sum of the amounts actually paid by the defendant and codefendants has fully covered all compensable injuries.** |

The defendant has failed to pay $5,600.00 in restitution. A balance of $2,525.03 remains.

**U.S. Probation Officer Action:**

The U.S. Probation Office for the Northern District of Texas, Ft. Worth Division is currently supervising the offender. On February 12, 2010, prior to the expiration of the defendant's original probation term, his term of supervision was extended for a period of 2 years, for a total of 5 years. Rios' term of probation will expire on February 14, 2012. According to the supervising probation officer, with the exception of paying the balance of the restitution, the defendant is in compliance and does not appear to be a risk to the community. The supervising probation officer recommends the Court allow the defendant's term of probation to expire on February 14, 2012 and the ongoing restitution payments be collected by the Financial Litigation Unit of the U.S. Attorney's Office.

Approved:

_Diana M. Ponzio_ (signature)

Diana M. Ponzio
Supervising U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 5363

Respectfully submitted,

_Dora Mendoza_ (signature)

Dora Mendoza
Sr. U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 5371
Date: January 4, 2012

cc:    Suzan Contreras
        Assistant Deputy Chief Probation Officer

✓ *No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other _____

_____

_____

Orlando Garcia
U.S. District Judge

_____

Date